MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 405-8500
Facsimile:  (702) 405-8501
E-Mail:    mdushoff@nvbusinesslaw.com
           wgonzales@nvbusinesslaw.com

Attorneys for Defendant
**MICHAEL SIFEN**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. MONA, JR., an individual, | CASE NO. 2:22-cv-00821-CDS-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 5]** |
| vs. | |
| MICHAEL SIFEN, an individual, | |
| Defendant. | **(FIRST REQUEST)** |

Defendant, MICHAEL SIFEN ("Sifen"), by and through his counsel of record, Matthew T. Dushoff, Esq., and William A. Gonzales, Esq., of the law firm of Saltzman Mugan Dushoff and Plaintiff, MICHAEL J. MONA, JR. ("Mona"), by and through his counsel of record Liane K. Wakayama, Esq., Dale A. Hayes, Jr., Esq., and Jeremy D. Holmes, Esq., of the law firm of Hayes Wakayama, hereby stipulate as follows:

1. On July 19, 2022, Sifen filed his Motion to Dismiss Plaintiff's Complaint [ECF No. 5] ("Motion to Dismiss");

2. Mona's Response to Sifen's Motion to Dismiss [ECF No. 12] was filed on August 16, 2022;

3. This is the first request for an extension of this deadline. This request for an extension is made by the parties in good faith and is not meant for purposes of delay or prejudice to any party;

Saltzman Mugan Dushoff PLLC
1835 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 405-8500 / Fax: (702) 405-8501

4. This extension is required to give Sifen an adequate amount of time to respond to Mona's Opposition, which was approximately 54 pages in length.

5. Mona has agreed to give Sifen up through and including September 15, 2022, in which to file a reply in support of his Motion to Dismiss Complaint;

6. There are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties;

7. This is the first stipulation and is not entered for any improper purpose or to delay.

8. Therefore, the Parties hereby stipulate and agree that Sifen has up through and including September 15, 2022, in which to file a reply in support of his Motion to Dismiss Complaint.

DATED this 17th day of August, 2022.

**Saltzman Mugan Dushoff**

By   */s/ William A. Gonzales*
   Matthew T. Dushoff, Esq.
   Nevada Bar No. 004975
   William A. Gonzales, Esq.
   Nevada Bar No. 015230
   1835 Village Center Circle
   Las Vegas, Nevada  89134

Attorneys for Defendant
MICHAEL SIFEN

DATED this 17th day of August, 2022.

**Hayes | Wakayama**

By   */s/ Liane K. Wakayama*
   Liane K. Wakayama, Esq.
   Nevada Bar No. 11313
   Dale A. Hayes, Jr., Esq.
   Nevada Bar No. 9056
   Jeremy D. Holmes, Esq.
   Nevada Bar No. 14379
   5798 S Durango Drive, Suite 105
   Las Vegas, Nevada  89113

Attorneys for Plaintiff
MICHAEL J. MONA, JR.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2022

---

*Michael J. Mona, Jr. v. Michael Sifen* / 2:22-cv-00821-CDS-VCF
Stipulation and Order to Extend Time to File Reply in Support of Defendant's Motion to Dismiss Complaint